UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-06079 JAK (SSx) | | Date | February 15, 2019 |
|---|---|---|---|---|
| Title | Jose Velez v. Moonshadows, LP, et al. | | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (DKT. 18)**

On December 27, 2018, the Court issued an order directing that Plaintiff file a motion for default judgment no later than February 11, 2019 (Dkt. 18) (the "Order"). Plaintiff was directed to set the hearing on the motion for default judgment for April 1, 2019 at 8:30 a.m. *Id.* Plaintiff has not filed the motion for default judgment. Accordingly, the Court sets an Order to Show Cause as to why this case should not be dismissed for lack of prosecution (the "OSC"). The OSC will stand submitted upon the filing of an appropriate response no later than February 25, 2019. No oral argument will be heard unless otherwise ordered by the Court. Plaintiff is advised that the Court will consider the filing of a motion for default judgment, which has been served on Defendants no later than February 25, 2019, as a satisfactory response to the OSC. If a response to the OSC or a motion for default judgment is not filed, this action will be dismissed for lack of prosecution and Plaintiff's failure to follow the Court's Orders.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer     ak